Kenneth Theetge, Plaintiff-Appellant, v. John L. Williams, Defendant, Indemnity Insurance Company of North America, Third Party Defendant-Appellee.

Gen. No. 10,396.

Third District.

May 16, 1962.

Rehearing denied June 20, 1962.

Allen & Korkowski, of Rantoul, for appellant; Thomas, Mulliken & Mamer, of Champaign (Roger E. Haughey, of counsel, of Champaign), for appellee. Opinion by JUDGE CARROLL. Not to be published in full.